IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. |
| | ) | 09-04003-07-CR-C-NKL |
| DAJUAN A. HARRIS, | ) | |
| | ) | |
| Defendant. | ) | |

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge William Knox, to which no objection has been filed, the plea of guilty to Count 27 and 36 of the Superseding Indictment entered on July 8, 2009 is now accepted. Defendant is adjudged guilty of such offense. Sentencing will be set by subsequent order of the court.

                                                  s/ NANETTE K. LAUGHREY
                                                  NANETTE K. LAUGHREY
                                                  United States District Judge

Kansas City, Missouri
July 29, 2008